**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DWAYNE RICHARDSON**                                                    **PETITIONER**
**Reg # 05259-095**

**VS.**                           **2:15-CV-00168-BRW-JTR**

**C V RIVERA, Warden,**
**FCI Forrest City**                                                    **RESPONDENT**

## ORDER

I have reviewed the Recommended Disposition ("Recommendation") from United States

Magistrate Judge J. Thomas Ray.  No objections have been filed, and the time for filing

objections has passed.  After careful review of the Recommendation, I approve and adopt them

as my findings in all respects.

Accordingly, Petitioner's petition for a writ of habeas corpus is denied, and this case is

dismissed with prejudice.  Judgment will be entered accordingly.

IT IS SO ORDERED this 11th day of January, 2017.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE