IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DWAYNE RICHARDSON**                                                                            **PETITIONER**
**Reg # 05259-095**

VS.                              2:15-CV-00168-BRW-JTR

**C V RIVERA, Warden,**
**FCI Forrest City**                                                                                      **RESPONDENT**

## JUDGMENT

Consistent with the Order entered this day, IT IS CONSIDERED, ORDERED, and ADJUDGED that this habeas action is dismissed with prejudice.

IT IS SO ORDERED this 11th day of January, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE